**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | | |
| | | Case No. 1:18-bk-15608 |
| BRANDON BRANTLEY | | |
| | | Chapter 13 |
| | | |
| | | Honorable Timothy A. Barnes |
| Debtor(s) | | |

**NOTICE OF MOTION**

To:

Alexander P. Nohr
THE SEMRAD LAW FIRM, LLC
20 South Clark Street, 28th Floor
Chicago, Illinois 60603

Rodion Leshinsky
THE SEMRAD LAW FIRM, LLC
20 South Clark Street, 28th Floor
Chicago, Illinois 60603

Anna-Katrina S. Christakis
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654

Jennifer L. Majewski
PILGRIM CHRISTAKIS LLP
321 North Clark Street, 26th Floor
Chicago, Illinois 60654

Marilyn O. Marshall
OFFICE OF THE CHAPTER 13 TRUSTEE
224 South Michigan Avenue, Suite 800
Chicago, Illinois 60604

*See attached service list*

PLEASE TAKE NOTICE that on May 9, 2019 at 9:30 AM the undersigned will appear before the Honorable Timothy A. Barnes at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Courtroom 744, Chicago, Illinois and will then and there present **DEBTOR'S MOTION FOR APPROVAL OF THE COMPROMISE AND SETTLEMENT WITH EGS FINANCIAL CARE, INC.,** at which time you may appear, if you so choose.

## CERTIFICATE OF SERVICE

      I, Joseph Scott Davidson, hereby certify that I caused a copy of this notice and motion to be served, via electronic case filing to Marilyn O. Marshall, Chapter 13 Trustee and via United States First Class Mail to all parties listed on the attached service list, on May 1, 2019, before the hour of 5:00 p.m. from the office located at 2500 South Highland Avenue, Suite 200, Lombard, Illinois 60148.

                                */s/ Joseph S. Davidson*

                                Joseph S. Davidson
                                **SULAIMAN LAW GROUP, LTD.**
                                2500 South Highland Avenue,
                                Suite 200
                                Lombard, Illinois 60148
                                +1 630-575-8181
                                jdavidson@sulaimanlaw.com

Label Matrix for local noticing
0752-1
Case 18-15608
Northern District of Illinois
Eastern Division
Thu May  2 16:15:52 CDT 2019

NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E
PO BOX 9635
WILKES BARRE, PA 18773-9635

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

(p)ANTERO CAPITAL  LLC
PO BOX 1931
BURLINGAME CA 94011-1931

AT&T Mobility II LLC
%AT&T SERVICES INC.
KAREN A. CAVAGNARO  PARALEGAL
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ 07921-2693

AT&T Mobility
One AT&T Way, Room 3A 104
Bedminster, NJ 07921-2693

CREDIT ONE BANK NA
PO BOX 98875
LAS VEGAS, NV 89193-8875

City Of Chicago Department of Finance
C/O Arnold Scott Harris P.C.
111 W Jackson Blvd Suite 600
Chicago, IL 60604-3517

City of Chicago - Dept. of Finance
333 S State Street, Suite 330
Chicago, IL 60604-3965

DEPT OF ED/NAVIENT
PO BOX 9635
WILKES BARRE, PA 18773-9635

HARRIS & HARRIS LTD
222 Merchandise Mart Plaza, Suite 1900
Chicago, IL 60654-1421

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Navient Solutions, LLC on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

PORTFOLIO RECOV ASSOC
PO Box 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

UNION AUTO SALES
8700 S. CHICAGO AVE
CHICAGO, IL 60617-2343

UNIVERSITY OF PHOENIX
4615 E ELWOOD ST FL 3
PHOENIX, AZ 85040-1950

Alexander P Nohr
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Brandon Brantley
9811 S Jeffery Ave
Chicago, IL 60617-5220

Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604-2503

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Rodion Leshinsky
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603-1811

Timothy P Mazur
Cook County Treasurer's Office
118 N Clark St. RM 112
Chicago, IL 60602-1590

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

13/7, LLC
PO BOX 1931
Burlingame, CA 94011

(d)Antero Capital, LLC
PO BOX 1931
Burlingame, CA 94011

IRS
Irs Mail Stop 4100 P-3
Kansas City, MO 64999

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA) N.A.
POB 41067
Norfolk, VA 23541

End of Label Matrix
Mailable recipients        22
Bypassed recipients         0
Total                      22

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In Re:

BRANDON BRANTLEY

Debtor(s)

Case No. 1:18-bk-15608

Chapter 13

Honorable Timothy A. Barnes

**DEBTOR'S MOTION FOR APPROVAL OF THE**
**COMPROMISE AND SETTLEMENT WITH EGS FINANCIAL CARE, INC.**

NOW COMES, BRANDON BRANTLEY (the "Debtor"), through counsel, SULAIMAN LAW GROUP, LTD., pursuant to 11 U.S.C. §105 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), moving the Court for order approving proposed compromise and settlement of action styled as *Brantley v. EGS Financial Care, Inc. et al*, 1:18-cv-04488 (N.D. Ill. 2018).  In support thereof, Debtor states as follows:

**BACKGROUND**

1.      On May 31, 2018, Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.      On June 27, 2018, Debtor filed a civil action against EGS Financial Care, Inc., First Contact Inc., and GC Services, L.P.  alleging violation of Fair Debt Collection Practices Act (the "FDCPA") 15 U.S.C. § 1692 *et seq*. as well as Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227 *et seq*.

3.      Debtor and EGS Financial Care, Inc. (the "Settlement Parties") thereafter negotiated compromise and settlement that resolves this action.

4.      Pursuant to settlement agreement (the "Settlement Agreement"), Debtor is

obligated to preserve confidentiality.[1]

## JURISDICTION AND VENUE

5.      Jurisdiction is conferred pursuant to 28 U.S.C. §§ 157 and 1334.

6.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

7.      This is a core proceeding pursuant to 28 U.S.C. § 157(b).

## RELIEF REQUESTED

8.      By motion, Debtor seeks entry of an order approving proposed compromise and

settlement, pursuant to Rule 9019.

## AUTHORITY AND BASIS FOR RELIEF REQUESTED

9.      Pursuant to Rule 9019(a), the Court may approve a compromise or settlement.

Fed.R.Bankr.P.9019(a).

10.     In making the determination as to whether a proposed settlement is in the best

interests of the estate "the court must weigh the costs and benefits of litigation versus settlement."

*In re Holly Marine Towing, Inc*., 669 F.3d 796, 801 (7th Cir. 2012).

11.     Factors to include "the complexity, expense, and likely duration of such litigation,

the possible difficulties of collecting on any judgment which might be obtained, and all other

factors relevant to a full and fair assessment of the wisdom of the proposed compromise."

*Depoister v. Mary M. Holloway Found*., 36 F.3d 582, 586 (quoting *Protective Committee for*

*Indep. Stockholders of TMT Trailer Ferry v. Anderson*, 390 U.S. 414, 424-25 (1968).

12.     The costs of litigation can be expensive, and must be considered in evaluating the

risk adjusted value of the claim.  *In re Fort Wayne Telsat, Inc*., 665 F.3d 816, 823 (7th Cir. 2011).

---

[1] Debtor shall provide, on a strictly confidential and "professionals' eyes-only" basis, unredacted copies of the
Settlement Agreement to Chambers and the Chapter 13 Trustee.

13.    A proposed settlement will pass the "best interests test" if it "falls into 'the reasonable range of possible litigation outcomes.'" *Holly Marine Towing, Inc.*, 669 F.3d at 801 (quoting *In re Doctors Hosp. of Hyde Park, Inc.*, 474 F.3d 421, 426 (7th Cir. 2007).

14.    Debtor submits that the Settlement with EGS Financial Care, Inc. is in the best interest of Debtor and Debtor's estate, and in the paramount interest of Debtor's creditors.

15.    The Settlement resolves the outstanding claims and issue arising between the Settlement Parties; prevents the Settlement Parties from undertaking expensive, protracted litigation involving complex issues of both fact and law; and avoids the unnecessary depletion of the Debtor's estate's resources to allow for a distribution to Debtor's creditors without the substantial costs and delay occasioned by litigation.

16.    In contrast, absent the Settlement, the Debtor's estate would likely be mired in months (if not years) of litigation with an uncertain likelihood of recovery, effectively depriving Debtor's creditors of potential recovery. *See In re Sycom Enterprises, L.P.*, 310 B.R. 669, 675 (Bankr. D. N.J. 2004) (approving a settlement that "reduce[d] the estate's liability while simultaneously increasing its assets").

17.    Accordingly, the Settlement, as embodied in the Settlement Agreement, is in the best interests of Debtor, Debtor's estate, and Debtor's creditors, and should be approved.

### NOTICE

18.    Pursuant to Rules 2002 and 9019(a) of the Federal Rules of Bankruptcy Procedure, Notice of Motion has been served upon (i) Chapter 13 Trustee; (ii) Counsel for EGS Financial Care, Inc.; and (iii) all parties having filed a Notice of Appearance and Request for Notices via the Court's electronic case filing system.  In light of the nature of the relief requested herein, the Debtor submits that no further notice need be served.

19.     No previous motion for the relief sought herein has been made to this or any other Court.

WHEREFORE, Debtor respectfully requests entry of an order approving the Settlement

Agreement; and such other relief as the Court deems just and proper.

DATED: May 2, 2019                                              Respectfully submitted,

                                                               **BRANDON BRANTLEY**

                                                               */s/ Joseph S. Davidson*

                                                               Joseph S. Davidson
                                                               **SULAIMAN LAW GROUP, LTD.**
                                                               2500 South Highland Avenue,
                                                               Suite 200
                                                               Lombard, Illinois 60148
                                                               +1 630-575-8181
                                                               jdavidson@sulaimanlaw.com